UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| FRED MINOR, Petitioner, | : : : : : | |
| v. | : | No. 16-cv-03027 |
| MICHAEL D. OVERMYER; and THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, Respondents. | : : : : : : | |

# **O R D E R**

**AND NOW**, this 4th day of April, 2019, for the reasons set forth in the Opinion issued this date and upon consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Thomas J. Rueter, ECF No. 21; and Petitioner's Objections to the R&R, ECF No. 24, **IT IS ORDERED THAT:**

1. Petitioner's Objections to the R&R, ECF No. 24, are **OVERRULED**.
2. The R&R, ECF No. 21, is **APPROVED** and **ADOPTED**.
3. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED** as time-barred.
4. Petitioner's request for an evidentiary hearing is **DENIED**.
5. Petitioner's Motion for Leave to File an Amended Supplementary Pleadings to Petition, ECF No. 19, is **GRANTED**.
6. This case is **CLOSED**.
7. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge